

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| In the Interest of C. M. V., a Child, | § | No. 08-13-00146-CV |
| Appellant. | § | Appeal from the |
| | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2011AG4397) |
| | § | |

**O R D E R**

The Court GRANTS the Appellee Luis Armando Castelo's third motion for extension of time to file the brief until **March 8, 2014.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE LUIS ARMANDO CASTELO'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Gino Estrada, the Appellee Luis Armando Castelo's Attorney, prepare the Appellee Luis Armando Castelo's brief and forward the same to this Court on or before **March 8, 2014.**

IT IS SO ORDERED this 12th day of February, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.